IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING PHARMACEUTICALS, INC., JENCAP RESEARCH LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action Nos. 04-CV-5379-LAK |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs King Pharmaceuticals, Inc. and Jencap Research, Ltd., and Defendant, Barr Laboratories, Inc., through their attorneys, stipulate and agree that the Complaint is hereby dismissed without prejudice. The parties will each bear their own attorneys' fees and costs.

Dated: January 4, 2005

Thomas G. Rowan (TR4457)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*Counsel for Plaintiffs*

SO ORDERED:

_____
Lewis A. Kaplan, U.S.D.J.

S. Robert Schrager (GAS 0952)
BONDY & SCHLOSS
60 East 42 Street, Floor 37
New York, New York 10165
*Counsel for Defendant*

DATED: 1/7/05